## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK A. WILLIAMS, SR., :  :  Plaintiff, : : v. : : FRANK LOFTUS, Individually and Separately; and LOFTUS ADJUSTMENT Individually, and Separately; and KELLY GOBLIN, Individually, and Separately; DOES 1 through 9, : : : : : : : Defendants. : | CIVIL ACTION  NO.: 5:21-cv-05590-JMG |

## ORDER

**AND NOW**, this  5th  day of      January     , 2022, upon consideration of Defendants' Motion for Leave to File Under Seal, and any and all responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants may file their Motion to Dismiss Plaintiff's Complaint under seal. The Clerk's Office is directed to File Under Seal the documents submitted by Defendants.

**BY THE COURT:**

  /s/ John M. Gallagher          , U.S.D.J.